JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO,<br><br>        Plaintiff,<br><br>    v.<br><br>JONATHAN CAHOW, et al.,<br><br>        Defendants. | Case No. 5:20-CV-01220 MCS (KES)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEES |

     On December 9, 2020, the Court revoked Plaintiff's IFP status and ordered Plaintiff to pay the filing fees in full within 30 days or this case will be dismissed. (Dkt. 23.) On January 6, 2021, the Court denied Plaintiff's Motion for Reconsideration and ordered Plaintiff to pay the filing fees within 14 days or this case will be dismissed. (Dkt. 27.) Plaintiff's deadline to pay the filing fees has now passed, and no payment has been received.

///

///

///

///

1     IT IS THEREFORE ORDERED that his action is dismissed without
2 prejudice for failure to pay filing fees.

4 DATED: February 3, 2021      *Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

7 Presented by:

9 *Karen E. Scott*

KAREN E. SCOTT
United States Magistrate Judge